# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| MICHAEL LEWIS, | ) | 3:17-cv-00429-HDM-WGC |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| DEPUY ORTHOPAEDICS, INC., DEPUY SYNTHES, INC., JOHNSON & JOHNSON, JOHNSON & JOHNSON SERVICES, INC., JOHNSON & JOHNSON INTERNATIONAL, ABC CORPORATIONS I-X, BLACK AND WHITE COMPANIES I-X, AND JOHN DOES I-X, inclusive, | ) | |
| Defendants. | ) | |

Before the court is the parties' stipulation to stay this action pending transfer to MDL No. 2244 – *In re: DePuy Orthopaedics, Inc., Pinnacle Hip Implant Products Liability Litigation*. The stipulation (ECF No. 5) is **GRANTED**. This action is hereby stayed until September 7, 2017, or until further order of the court.

IT IS SO ORDERED.

DATED: This 24th day of July, 2017.

_____
UNITED STATES DISTRICT JUDGE